IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ec___ D.C.

05 APR 22 PM 2: 43

ROBERT R DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN. JACKSON

LARRY STEVE MELTON, LARRY S. MELTON
R & J of TENNESSEE, INC.,

       Plaintiffs,

v.

No. 02-1152-B

BANK OF LEXINGTON branch of the
BANK OF FRIENDSHIP, et al.,

       Defendants.

---

## ORDER DENYING PLAINTIFF LARRY S. MELTON'S MOTION TO STAY

---

Before the Court is the March 9, 2005, motion of the Plaintiff, Larry S. Melton, (Docket

Entry No. 555) to stay this Court's order granting the motion of the Defendant, Carter, Stanfill

& Kirk, PLLC ("CS&K"), to set aside default. The Court's order, entered on February 24,

2005, determined that setting aside the default entered previously against CS&K, would not be

prejudicial to the Plaintiff and that the Defendant may in fact have a meritorious defense to the

Plaintiff's cross-claim based upon its pending motion to dismiss. The Court further concluded

that there was good cause for the setting aside of the default and that at worst, CS&K was guilty

of only excusable neglect for not filing an answer which would not prevent this Court's setting

aside of the default.

The Court would note that the Plaintiff has filed, at the same time he requested the stay,

a notice of appeal of this Court's determination. As it previously found in another order denying

the Plaintiff's request for an appeal, <u>see</u> Docket Entry No. 567, the order to set aside default

is not a final order and is not subject to an appeal as an order which would "materially advance

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___4/26/05___



the ultimate termination of the litigation." <u>See</u> 28 U.S.C. §1292(b).  In the same regard, the Court concludes that the order setting aside of the default does not warrant a stay of the proceedings in this case and although the Plaintiff has attempted to appeal this order, it is doubtful that he will be successful.  Such an appeal, as well as other interim orders entered by this Court in this litigation, may be the basis of an appeal when this litigation is finally concluded.

Accordingly, for the foregoing reasons, Plaintiff's motion for a stay as to the setting aside of the default against Defendant Carter, Stanfill & Kirk, PLLC, is DENIED.

**IT IS SO ORDERED** this 22 day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 568 in case 1:02-CV-01152 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Jerry E. Mitchell
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Beth Maloan
83 Bonaire Circle
Jackson, TN 38305

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William S Walton
MILLER & MARTIN
1200 One Nashville Place
150 Fourth Ave. North
Nashville, TN 37219--243

John D. Stevens
RAINEY KIZER REVIERE & BELL
209 East Main Street
P. O. Box 1147
Jackson, TN 38302--114

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Larry S. Melton
116 Hidden Valley Cove
Lexington, TN 38351

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

John T. Downing
Federal Deposit Ins. Corp.
550 17th Street NW
Washington, DC 20429

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT