IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ℮ℓ DC
05 APR 22 PM 2:42
ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

LARRY STEVE MELTON, LARRY S. MELTON
R & J of TENNESSEE, INC.,

      Plaintiffs,

v.    No. 02-1152-B

BANK OF LEXINGTON branch of the
BANK OF FRIENDSHIP, et al.,

      Defendants.

---

### ORDER DENYING PLAINTIFF LARRY S. MELTON'S MOTION TO STAY

---

    Before the Court is the March 10, 2005, motion of the Plaintiff, Larry S. Melton, (Docket Entry No. 559) to stay this Court's order granting the motion of the Defendant, Bradley G. Kirk, to set aside default. The Court's order, entered on February 28, 2005, determined that setting aside the default entered previously against Bradley G. Kirk, would not be prejudicial to the Plaintiff and that the Defendant may in fact have a meritorious defense to the Plaintiff's cross-claim based upon the pending motion to dismiss. The Court further concluded that there was good cause for the setting aside of the default and that at worst, Kirk was guilty of only excusable neglect for not filing an answer which would not prevent this Court's setting aside of the default.

    The Court would note that the Plaintiff has filed, at the same time he requested the stay, a notice of appeal of this Court's determination. As it previously found in another order denying the Plaintiff's request for an appeal, see Docket Entry No. 567, the order to set aside default is not a final order and is not subject to an appeal as an order which would "materially advance

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 4/26/05

569

the ultimate termination of the litigation." See 28 U.S.C. §1292(b). In the same regard, the Court concludes that the order setting aside of the default does not warrant a stay of the proceedings in this case and although the Plaintiff has attempted to appeal this order, it is doubtful that he will be successful. Such an appeal, as well as other interim orders entered by this Court in this litigation, may be the basis of an appeal when this litigation is finally concluded.

Accordingly, for the foregoing reasons, Plaintiff's motion for a stay as to the setting aside of the default against Defendant Bradley G. Kirk, is DENIED.

**IT IS SO ORDERED** this 22 day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 569 in case 1:02-CV-01152 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Larry S. Melton
116 Hidden Valley Cove
Lexington, TN 38351

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Beth Maloan
83 Bonaire Circle
Jackson, TN 38305

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William S Walton
MILLER & MARTIN
1200 One Nashville Place
150 Fourth Ave. North
Nashville, TN 37219--243

John D. Stevens
RAINEY KIZER REVIERE & BELL
209 East Main Street
P. O. Box 1147
Jackson, TN 38302--114

Jerry E. Mitchell
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

John T. Downing
Federal Deposit Ins. Corp.
550 17th Street NW
Washington, DC 20429

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38103

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT