# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

LARRY STEVE MELTON, LARRY S.
MELTON and R & J OF TENNESSEE, INC.

    Plaintiffs,

vs.   No.: 1-02-1152

BANK OF LEXINGTON a branch of the BANK
OF FRIENDSHIP, TERESA HARRIS, B & H
INVESTMENTS, INC., BENNIE FESMIRE,
DIANE TUCKER, HAROLD WALDEN
BLANKENSHIP, DEAN BLANKENSHIP,
FRANKIE STANFILL, KEVIN CARTER,
The law firm of MILAM, CARTER & STANFILL,
REGINA MILLER, TODD HENDERSON,
WILLIAM WILHITE, DAVID RIDDICK,
The law firm of HOLMES, RICH, SIGLER,
& RIDDICK, DON WEBSTER, JIMMY
BARBOUR, WALDON GWINN, JAMES
PUTMAN, TIM PILKINGTON, JAMES E.
SMITH, M.V. WILLIAMS, JR., INVESTMENT
MANAGEMENT FINANCE, INC. and JOHN
DOE I, II, III, and IV

    Defendants.

## ORDER SUBSTITUTING COUNSEL

THIS CAUSE came on to be heard by consent of the parties that Robert A. Cox from the law firm of Glassman, Edwards, Wade & Wyatt P.C. should be substituted as counsel for Defendants, Frankie Stanfill, Kevin Carter, and the Law Firm of Milam, Carter, and Stanfill, in place of William F. Burns.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/3/05

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Robert A. Cox from the law firm of Glassman, Edwards, Wade & Wyatt, P.C. is substituted as counsel for Defendants, Frankie Stanfill, Kevin Carter, and the Law Firm of Milam, Carter, and Stanfill, in place of William F. Burns.

_____
UNITED STATES DISTRICT JUDGE

June 1, 2005
DATE

APPROVED BY:

_____ (w/p LLA)
TIM EDWARDS – BPR # 5353
ROBERT COX – BPR # 14279
Attorneys for Stanfill Defendants
26 North Second Street
Memphis, Tennessee 38103
(901) 527-4673
File No. 2-410

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following counsel of record by United States mail, postage prepaid:

L.L. Harrell, Jr.
Harrell & Harrell
110 N.W.Court Square
Trenton, TN 38382

Jerry E. Mitchell
Craig C. Conley
Thomason, Hendrix, Harvey,
Johnson & Mitchell
40 South Main, Suite 2900
Memphis, Tennessee 38103

William S. Walton
Miller and Martin
1200 One Nashville Place
150 Fourth Ave. N.
Nashville, TN 37219-2433

Bradley G. Kirk
Carter, Stanfill & Kirk
25 Natchez Trace Drive
P.O. Box 476
Lexington, TN 38351

Howard Douglass
Attorney at Law
42 South Main Street
Lexington, TN 38351

Daniel Warlick
Warlick Law Office
611 Commercie Street, Suite 2712
Nashville, TN 37203

Richard Glassman
Douglass Hanson
Glassman, Edwards, Wade &
Wyatt
26 N. Second Street
Memphis, TN 38103

Mr. James L. Kirby
Mr. Jeffrey L. Griffin
Harris Shelton, Dunlap, Cobb & Ryder
One Commerce Square, Suite 2700
Memphis, TN 38103

John D. Burleson
Milton Dale Conder
Rainey, Kizer, Reviere & Bell
P.O. Box 1147
Jackson, TN 38302

Larry S. Melton, *Pro Se*
116 Hidden Valley Cove
Lexington, TN 38351

This the 27 day of May, 2005.

LACEY L. ADAIR

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 590 in case 1:02-CV-01152 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38103

William S Walton
MILLER & MARTIN
1200 One Nashville Place
150 Fourth Ave. North
Nashville, TN 37219--243

John D. Stevens
RAINEY KIZER REVIERE & BELL
209 East Main Street
P. O. Box 1147
Jackson, TN 38302--114

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

John T. Downing
Federal Deposit Ins. Corp.
550 17th Street NW
Washington, DC 20429

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jerry E. Mitchell
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

Larry S. Melton
116 Hidden Valley Cove
Lexington, TN 38351

Beth Maloan
83 Bonaire Circle
Jackson, TN 38305

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT