UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LARRY STEVE MELTON, <br> LARRY S. MELTON, and <br> R & J OF TENNESSEE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF LEXINGTON, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   No.: 1-02-1152 B <br> )   **JURY DEMANDED** <br> ) <br> ) <br> ) |

<u>ORDER GRANTING DEFENDANT, DANIEL PERKY'S MOTION FOR SUMMARY
JUDGMENT AND DISMISSING CLAIMS AGAINST DANIEL PERKY</u>

The Court, the Honorable United States District Judge J. Daniel Breen, presiding, conducted a status conference in this case on May 27, 2005. The Court announced at that time that it had considered a number of pending motions before the Court. Among the motions addressed was the Motion for Summary Judgment filed by Defendant, Daniel Perky (Docket Entry # 472 & # 473) to dismiss all claims filed by Larry S. Melton against Daniel Perky as described in a pleading styled "Counterclaims/Crossclaims Complaint." (Docket Entry #416).

The Court considered Defendant Perky's Motion for Summary Judgment and supporting documentation and the response filed thereto by Larry S. Melton (Docket Entry # 545), as well as the other relevant pleadings and documentation in accordance with Rule 56, Fed. R. Civ. P., and the standard enunciated by the United States Supreme Court in <u>Celotex v. Caltrett,</u> 477 U.S. 317, 106 S.Ct. 2548, 61 L.Ed.2d 265 (1986) and the Sixth Circuit Court of Appeals in <u>Street v. J.C. Bradford,</u> 886 F.2d 1472 (6th Cir. 1989). Having considered such matters, the Court announced that it considered Defendant Perky's Motion for Summary Judgment to be well taken and stated that the Court was granting said Defendant's motion. After careful review of the

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on  6/13/05



undisputed facts relevant to Mr. Melton's allegations against Mr. Perky, the Court announced its determination that Mr. Melton had failed to present any viable claim or theory against Defendant, Daniel Perky, upon which relief may be granted. It is undisputed that Mr. Perky had no professional relationship with Larry S. Melton. It is undisputed that Mr. Perky served as a substitute trustee for a very brief period of time from approximately October, 16, 2000 until March 15, 2001. Mr. Perky was not involved with any alleged subsequent foreclosure involving any real estate involving Larry S. Melton or otherwise at issue in this case. No alleged duty of the type argued by Mr. Melton exists on the undisputed facts relevant to Mr. Melton's claims, and if such an alleged duty did exist, no breach of any such duty has been shown to have occurred.

Accordingly, as indicated by the Court on May 27, 2005, Defendant Daniel Perky's Motion for Summary Judgment (Docket Entry # 472) is hereby GRANTED. All claims filed by Larry S. Melton against said Defendant, Daniel Perky, are hereby DISMISSED. No other party having asserted any claim against Defendant Daniel Perky or opposed his Motion for Summary Judgment, Defendant Daniel Perky is hereby dismissed as party to this lawsuit.

IT IS SO ORDERED.

THIS 10th day of June, 2005.

J. Daniel Breen
United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 597 in case 1:02-CV-01152 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

John T. Downing
Federal Deposit Ins. Corp.
550 17th Street NW
Washington, DC 20429

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jerry E. Mitchell
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Larry S. Melton
116 Hidden Valley Cove
Lexington, TN 38351

John D. Stevens
RAINEY KIZER REVIERE & BELL
209 East Main Street
P. O. Box 1147
Jackson, TN 38302--114

Beth Maloan
83 Bonaire Circle
Jackson, TN 38305

William S Walton
MILLER & MARTIN
1200 One Nashville Place
150 Fourth Ave. North
Nashville, TN 37219--243

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38103

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT