01129/58503-MDC



FILED BY_____D.C.

05 JUN 17 PM 4:40

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LARRY STEVE MELTON, LARRY S. MELTON, and R & J OF TENNESSEE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF LEXINGTON branch of BANK OF FRIENDSHIP, TERESA HARRIS, B & H INVESTMENTS, INC., BENNIE FESMIRE, DIANE TUCKER, HAROLD WALDEN BLANKENSHIP, DEAN BLANKENSHIP, FRANKIE STANFILL, KEVIN CARTER, The law firm of MILAM, CARTER & STANFILL, REGINA MILLER, TODD HENDERSON, WILLIAM WILHITE, DAVID RIDDICK, The law firm of HOLMES, RICH, SIGLER & RIDDICK, DON WEBSTER, JIMMY BARBOUR, WALDON GWINN, JAMES PUTNAM, TIM PILKINGTON, JAMES E. SMITH, M. V. WILLIAMS, JR., INVESTMENT MANAGEMENT FINANCE, INC., and JOHN DOES I, II, III and IV, <br><br> Defendants. <br><br> HAROLD WALDEN BLANKENSHIP, <br><br> Defendant/Third Party Plaintiff, <br><br> vs. <br><br> JOHN MELTON, HOWARD DOUGLASS, AMERICAN HOME FINANCIAL SERVICES, INC., AMERICAN HOME FINANCIAL SERVICES II, INC., BLANKENSHIP/MELTON AVIATION, INC., LARRY STEVE MELTON, LARRY S. MELTON, R & J OF TENNESSEE, INC., BANK OF LEXINGTON, BRANCH OF FRIENDSHIP, <br><br> Third Party Defendants. | No.: 1-02-1152 B <br> JURY DEMANDED |

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  6/20/05

01129/58503-MDC

| | |
|---|---|
| LARRY S. MELTON, | ) |
| | ) |
| Plaintiff/Third Party Defendant/ Third Party Plaintiff, | ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| BRADLEY KIRK, CARTER, STANFILL & KIRK, PLLC, DANIEL PERKY, SHIRLEY BLANKENSHIP, KELLY W. BLANKENSHIP, BLANKENSHIP CONSTRUCTION, LLC., BLANKENSHIP/MELTON REAL ESTATE, INC., BETH MALOAN, JENNIFER AZBILL, JACK HOLMES, PAUL PRIDDY, MICKEY GRANGER, DENNIS HUBBARD, K.C. ARNETT, RICHARD McCORMICK, BLANKENSHIP BROTHERS' CONSTRUCTION COMPANY, CITY OF LEXINGTON, KEVIN CARTER, FRANKIE STANFILL, HAROLD WALDEN BLANKENSHIP, DEAN BLANKENSHIP, REGINA MILLER, WILLIAM WILHITE, DAVID RIDDICK, JIMMY BARBOUR, WALDON GWINN, JAMES PUTNAM, TIM PILKINGTON, JAMES E. SMITH, M. V. WILLIAMS, JR., BANK OF LEXINGTON, Branch of BANK OF FRIENDSHIP, B & H INVESTMENTS, INC., BENNIE FESMIRE, DIANE TUCKER, and JOHN DOE I, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Third Party Defendants. | ) |

## ORDER DISMISSING THE COUNTER CLAIMS/CROSS-CLAIMS COMPLAINT OF LARRY S. MELTON

This matter came before this Court on May 27, 2005, upon Plaintiff/Third-Party Defendant/Third-Party Plaintiff Larry S. Melton's counterclaims and cross-claims against Defendants and Third-Party Defendants, James E. Smith, William Wilhite, Diane Tucker, Regina Miller, Todd Henderson, Don Webster, Jimmy Barbour, Waldon Gwinn, James Putnam, Tim Pilkington, M.V. Williams, Jr., City of Lexington, Frankie Stanfill, Kevin Carter, David Riddick, the law firm of Holmes, Rich, Sigler & Riddick, B & H Investments, Inc., and

2

01129/58503-MDC

Bennie Fesmire, and the responses of said Defendants and Third-Party Defendants to Plaintiff/Third-Party Plaintiff's counterclaims and cross-claims.

Federal Rule of Civil Procedure 14 governs third-party practice. Rule 14(a) allows for a defending party, as a third-party plaintiff to bring in "a person not a party to the action who is or may be liable to the third-party plaintiff for all or part of the plaintiff's claim against the third-party plaintiff." Fed. R. Civ. P. 14(a). Rule 14(b) further allows a plaintiff, upon a counterclaim being asserted against him, to bring in a third party "under circumstances which under this rule would entitle a defendant to do so." Fed. R. Civ. P. 14(b). The Court finds that Larry S. Melton's further counterclaims and cross-claims were asserted against individuals and entities who are the original Defendants in this case and thus, who are already parties to this lawsuit. Rule 14(a) therefore does not allow for third-party claims to be brought against these individuals and entities. Because the Defendants would not be allowed to bring third-party claims against these persons, the Plaintiff/Counter-Defendant also is not allowed to bring such additional claims under Rule 14(b).

Federal Rule of Civil Procedure 15 governs amendments to pleadings and allows for such under a strict time table:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served, or if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served.

Fed. R. Civ. P. 15(a). A party may otherwise amend his pleading only by leave of court or by written consent of the adverse party. Id. Local Rule of Court for the Western District of Tennessee 7.2 further prescribes certain conditions for filing motions in this Court, including

3

01129/58503-MDC

the requirement of a certificate that the movant has consulted with counsel and that the parties are either able or unable to reach agreement as to the issues or the action requested by the motion. L.R. 7.2(a)(1)(B). The Court finds that Plaintiff/Counter-Defendant Larry S. Melton, in filing his further counterclaims and cross-claims against the original Defendants, has not met the requirements of either Rule 15 or the Local Rules of this Court.

It is therefore ORDERED that Plaintiff Larry S. Melton's further counterclaims and cross-claims against the Defendants are dismissed.

IT IS SO ORDERED this _17th_ day of _June_, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

RAINEY, KIZER, REVIERE & BELL, PLC

By: _____
DALE CONDER, JR., BPR 15419
Attorneys for Defendant City of
Lexington, TN
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414

4

01129/58503-MDC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of this pleading or document was served upon counsel for each of the parties by mailing postage prepaid or by delivery to the person or office of such counsel.

Mr. Larry S. Melton, *Pro Se*
116 Hidden Valley Cove
Lexington, TN  38351

Mr. Tim Edwards
Mr. Robert Cox
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, TN  38103

Mr. Richard Glassman
Mr. R. Douglass Hanson
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, TN  38103

Mr. L. Lee Harrell
Harrell & Harrell
110 Northwest Court Square
Trenton, TN  38382

Mr. Daniel D. Warlick
Warlick Law Office
611 Commerce Street, Suite 2712
Nashville, TN  37203

Mr. William S. Walton
Miller and Martin
1200 One Nashville Place
150 Fourth Ave. N
Nashville, TN 37219-2433

Mr. James L. Kirby
Mr. Jeffrey L. Griffin
Harris, Shelton, Dunlap, Cobb & Ryder
One Commerce Square, Suite 1700
40 South Main Street
Memphis, TN  38103

Mr. Jerry E. Mitchell
Mr. Craig C. Conley
Thomason, Hendrix, Harvey, Johnson & Mitchell
One Commerce Square, Suite 2900
40 S. Main Street
Memphis, TN  38103

Mr. Bradley G. Kirk
Carter, Stanfill & Kirk
25 Natchez Trace Drive
P.O. Box 476
Lexington, TN  38351

This the 13th day of June, 2005.

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 600 in case 1:02-CV-01152 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

John T. Downing
Federal Deposit Ins. Corp.
550 17th Street NW
Washington, DC 20429

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Beth Maloan
83 Bonaire Circle
Jackson, TN 38305

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John D. Stevens
RAINEY KIZER REVIERE & BELL
209 East Main Street
P. O. Box 1147
Jackson, TN 38302--114

Jerry E. Mitchell
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38103

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

Larry S. Melton
116 Hidden Valley Cove
Lexington, TN 38351

William S Walton
MILLER & MARTIN
1200 One Nashville Place
150 Fourth Ave. North
Nashville, TN 37219--243

Honorable J. Breen
US DISTRICT COURT