01129/58503-MDC




**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

LARRY STEVE MELTON, LARRY S. MELTON, and R & J OF TENNESSEE, INC.,

Plaintiffs,

vs.

No.: 1-02-1152 B
JURY DEMANDED

BANK OF LEXINGTON branch of BANK OF FRIENDSHIP, TERESA HARRIS, B & H INVESTMENTS, INC., BENNIE FESMIRE, DIANE TUCKER, HAROLD WALDEN BLANKENSHIP, DEAN BLANKENSHIP, FRANKIE STANFILL, KEVIN CARTER, The law firm of MILAM, CARTER & STANFILL, REGINA MILLER, TODD HENDERSON, WILLIAM WILHITE, DAVID RIDDICK, The law firm of HOLMES, RICH, SIGLER & RIDDICK, DON WEBSTER, JIMMY BARBOUR, WALDON GWINN, JAMES PUTNAM, TIM PILKINGTON, JAMES E. SMITH, M. V. WILLIAMS, JR., INVESTMENT MANAGEMENT FINANCE, INC., and JOHN DOES I, II, III and IV,

Defendants.

HAROLD WALDEN BLANKENSHIP,

Defendant/Third Party Plaintiff,

vs.

JOHN MELTON, HOWARD DOUGLASS, AMERICAN HOME FINANCIAL SERVICES, INC., AMERICAN HOME FINANCIAL SERVICES II, INC., BLANKENSHIP/ MELTON AVIATION, INC., LARRY STEVE MELTON, LARRY S. MELTON, R & J OF TENNESSEE, INC., BANK OF LEXINGTON, BRANCH OF FRIENDSHIP,

Third Party Defendants.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/20/05



01129/58503-MDC



LARRY S. MELTON,

Plaintiff/Third Party Defendant/
Third Party Plaintiff,

vs.

BRADLEY KIRK, CARTER, STANFILL & KIRK, PLLC, DANIEL PERKY, SHIRLEY BLANKENSHIP, KELLY W. BLANKENSHIP, BLANKENSHIP CONSTRUCTION, LLC., BLANKENSHIP/MELTON REAL ESTATE, INC., BETH MALOAN, JENNIFER AZBILL, JACK HOLMES, PAUL PRIDDY, MICKEY GRANGER, DENNIS HUBBARD, K.C. ARNETT, RICHARD McCORMICK, BLANKENSHIP BROTHERS' CONSTRUCTION COMPANY, CITY OF LEXINGTON, KEVIN CARTER, FRANKIE STANFILL, HAROLD WALDEN BLANKENSHIP, DEAN BLANKENSHIP, REGINA MILLER, WILLIAM WILHITE, DAVID RIDDICK, JIMMY BARBOUR, WALDON GWINN, JAMES PUTNAM, TIM PILKINGTON, JAMES E. SMITH, M. V. WILLIAMS, JR., BANK OF LEXINGTON, Branch of BANK OF FRIENDSHIP, B & H INVESTMENTS, INC., BENNIE FESMIRE, DIANE TUCKER, and JOHN DOE I,

Third Party Defendants.

**ORDER DISMISSING LARRY S. MELTON'S COUNTER CLAIMS/CROSS-CLAIMS AGAINST THE CITY OF LEXINGTON, TENNESSEE**

This matter came before this Court on May 27, 2005, upon Third-Party Defendant City of Lexington, Tennessee's Motion to Dismiss Plaintiff/Third-Party Plaintiff's claims against the City of Lexington.

Upon review of the parties' pleadings and responses, this Court finds as follows:

1. That the City of Lexington is immune from suit in the federal courts under the Tennessee Governmental Tort Liability Act (the "TGTLA"), codified at Tenn. Code Ann.

§29-20-101 et seq., and that this Court therefore lacks subject matter jurisdiction over Plaintiff's tort claims against the City of Lexington under Tenn. Code Ann. § 29-20-307. See *Cunningham v. Reid*, 337 F.Supp.2d 1064 (W.D. Tenn. 2004); *Fromuth v. Metropolitan Government of Nashville*, 158 F. Supp.2d 787 (M.D. Tenn. 2001). Alternatively this court declines to exercise supplemental jurisdiction over these claims. See *Gregory v. Shelby County*, 220 F.3d 433 (6th Cir. 2000); see also *Maxwell v. Conn*, 1990 WL 2774 (6th Cir. 1990); *Spurlock v. Whitley*, 971 F.Supp.1166 (M.D. Tenn. 1997).

2. That there is no sufficient basis for Plaintiff's claims that the City of Lexington violated his civil rights under the First, Fifth, and Fourteenth Amendments to the United States Constitution.

3. That Plaintiff's claims against the City of Lexington under the TGTLA were not raised until October 12, 2004, outside of the twelve (12) statute of limitation/repose set forth in the TGTLA, and are therefore time-barred under Tenn. Code Ann. § 29-20-305(b).

4. That the City of Lexington is immune from suit in federal courts for Plaintiff's allegations of defamation under Tenn. Code Ann. § 29-20-205(2).

5. That Plaintiff has failed to allege sufficient, non-conclusory facts of the City of Lexington's involvement in any civil conspiracy against him.

6. That the City of Lexington is immune from suit in federal courts for Plaintiff's allegations of violations of the Truth-In-Lending Act. See *Mitchell v. Major Federal Savings & Loan*, 687 F.Supp. 1164 (S.D. Ohio 1987).

7. That Plaintiff's allegations against the City of Lexington do not allege activity involving the City of Lexington, Tennessee, and the other Defendants sufficient to establish

"ongoing, coordinated behavior among the defendants that would constitute an association in fact," an essential element for a RICO claim. Therefore, Plaintiff's RICO claims must be dismissed.

8. That Plaintiff's claims show no fiduciary relationship between the City of Lexington and the Plaintiff sufficient to establish a breach of fiduciary duty by the City of Lexington.

9. That Plaintiff's claims show no indication of a business transaction between the Plaintiff and the City of Lexington nor any fraudulent or deceptive practice by the City of Lexington sufficient to establish a violation of the Tennessee Consumer Protection Act, and that any such allegations fall outside the five (5) year statute of repose under the Tennessee Consumer Protection Act, codified at Tenn. Code Ann. § 47-18-110.

10. That Plaintiff's claims fail to show any exercise or control by the City of Lexington over Plaintiff's assets sufficient to sustain the Plaintiff's allegations of conversion.

11. That the facts fail to indicate any contract between the Plaintiff and the City of Lexington sufficient to establish Plaintiff's allegations of breach of contract or procurement of a breach of contract.

It is therefore ORDERED that Third-Party Defendant City of Lexington's Motion to Dismiss be granted and that all claims by Plaintiff/Third-Party Plaintiff Larry S. Melton against the City of Lexington, Tennessee be and hereby are dismissed.

IT IS SO ORDERED this 17th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

01129/58503-MDC

APPROVED FOR ENTRY:

RAINEY, KIZER, REVIERE & BELL, PLC

By:______________________________
DALE CONDER, JR., BPR 15419
Attorneys for City of Lexington, TN
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of this pleading or document was served upon counsel for each of the parties by mailing postage prepaid or by delivery to the person or office of such counsel.

Mr. Larry S. Melton, *Pro Se*
116 Hidden Valley Cove
Lexington, TN 38351

Mr. Tim Edwards
Mr. Robert Cox
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, TN 38103

Mr. Richard Glassman
Mr. R. Douglass Hanson
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, TN 38103

Mr. L. Lee Harrell
Harrell & Harrell
110 Northwest Court Square
Trenton, TN 38382

Mr. Daniel D. Warlick
Warlick Law Office
611 Commerce Street, Suite 2712
Nashville, TN 37203

Mr. William S. Walton
Miller and Martin
1200 One Nashville Place
150 Fourth Ave. N
Nashville, TN 37219-2433

Mr. James L. Kirby
Mr. Jeffrey L. Griffin
Harris, Shelton, Dunlap, Cobb & Ryder
One Commerce Square, Suite 1700
40 South Main Street
Memphis, TN 38103

Mr. Jerry E. Mitchell
Mr. Craig C. Conley
Thomason, Hendrix, Harvey, Johnson & Mitchell
One Commerce Square, Suite 2900
40 S. Main Street
Memphis, TN 38103

Mr. Bradley G. Kirk
Carter, Stanfill & Kirk
25 Natchez Trace Drive
P.O. Box 476
Lexington, TN 38351

01129/58503-MDC

This the 13th day of June, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 601 in case 1:02-CV-01152 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

John T. Downing
Federal Deposit Ins. Corp.
550 17th Street NW
Washington, DC 20429

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Larry S. Melton
116 Hidden Valley Cove
Lexington, TN 38351

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

John D. Stevens
RAINEY KIZER REVIERE & BELL
209 East Main Street
P. O. Box 1147
Jackson, TN 38302--114

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Beth Maloan
83 Bonaire Circle
Jackson, TN 38305

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38103

Jerry E. Mitchell
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

William S Walton
MILLER & MARTIN
1200 One Nashville Place
150 Fourth Ave. North
Nashville, TN 37219--243

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

Honorable J. Breen
US DISTRICT COURT