UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ D.C.

05 JUL -5 PM 5: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| LARRY STEVE MELTON, LARRY S. MELTON, and R & J OF TENNESSEE, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF LEXINGTON branch of the BANK OF FRIENDSHIP, TERESA HARRIS, B & H INVESTMENTS, INC., BENNIE FESMIRE, DIANE TUCKER, HAROLD WALDEN BLANKENSHIP, DEAN BLANKENSHIP, FRANKIE STANFILL, KEVIN CARTER, The law firm of MILAM, CARTER & STANFILL, REGINA MILLER, TODD HENDERSON, WILLIAM WILHITE, DAVID RIDDICK, The law firm of HOLMES, RICH, SIGLER & RIDDICK, DON WEBSTER, JIMMY BARBOUR, WALDON GWINN, JAMES PUTNAM, TIM PILKINGTON, JAMES E. SMITH, M.V. WILLIAMS, JR., INVESTMENT MANAGEMENT FINANCE, INC., and JOHN DOES I, II, III and IV,<br><br>Defendants. | No: 1-02-1152 B<br>JURY DEMANDED |

## ORDER GRANTING PLAINTIFF LARRY S. MELTON ENLARGEMENT OF TIME

It appearing to the Court that a proper Motion for Enlargement of Time has been filed by the Plaintiff, Larry S. Melton, pro se, and for good cause shown the motion is granted; therefore,

IT IS ACCORDINGLY ORDERED that the Plaintiff, Larry S. Melton, is granted until Friday, July 08, 2005 to respond to the Defendant Bank of Friendship's Notice of Filing of Documents in Camera dated May 31, 2005.

IT IS SO ORDERED this ___ day of July, 2005..

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-6-05

J. Daniel Breen - Tu M. Pham
UNITED STATES DISTRICT JUDGE
Magistrate

(611)

## CERTIFICATE OF SERVICE

On the 30th day of June 2005, I hereby certify that a copy of the foregoing Plaintiff Larry S. Melton's proposed Order Granting Enlargement of Time has been sent via U.S. Mail, postage prepaid, to the following:

Mr. James L. Kirby
Mr. Jeffrey L Griffin
HARRIS, SHELTON, DUNLAP, COBB & RYDER
One Commerce Square
Suite 2700
Memphis, Tennessee 38103

Mr. Tim Edwards
Mr. William F. Burns
GLASSMAN, EDWARDS WADE & WYATT, P.C.
26 North Second Street
Memphis, Tennessee 38103

Mr. Jerry E. Mitchell
Mr. Craig C. Conley
THOMASON, HENDRIX, HARVEY, JOHNSON & MITCHELL
One Commerce Square
40 S. Main Street
Suite 2900
Memphis, Tennessee 38103

Mr. Richard Glassman
Mr. R. Douglass Hanson
GLASSMAN, EDWARDS WADE & WYATT, P.C.
26 North Second Street
Memphis, Tennessee 38103
(901)521-0940 (fax)

Mr. L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Square
Trenton, Tennessee 38382

Mr. Bradley G. Kirk
CARTER, STANFILL & KIRK
25 Natchez Trace Drive
P.O. Box 476
Lexington, Tennessee 38351

Mr. Daniel D. Warlick
WARLICK LAW
611 Commerce Street
Suite 2712
Nashville, Tennessee 37203

Mr. John T. Downing
Federal Deposit Ins. Corp
550 17TH STREET NW
Washington, D. C. 20429
(202)736-0584 (fax)

Larry S. Melton, pro se

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 611 in case 1:02-CV-01152 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

John T. Downing
Federal Deposit Ins. Corp.
550 17th Street NW
Washington, DC 20429

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jerry E. Mitchell
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Larry S. Melton
116 Hidden Valley Cove
Lexington, TN 38351

Beth Maloan
83 Bonaire Circle
Jackson, TN 38305

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

William S Walton
MILLER & MARTIN
1200 One Nashville Place
150 Fourth Ave. North
Nashville, TN 37219--243

John D. Stevens
RAINEY KIZER REVIERE & BELL
209 East Main Street
P. O. Box 1147
Jackson, TN 38302--114

Honorable J. Breen
US DISTRICT COURT