IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LARRY STEVE MELTON, LARRY S. MELTON, and R & J OF TENNESSEE, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| BANK OF LEXINGTON branch of BANK OF FRIENDSHIP, TERESA HARRIS, B & H INVESTMENTS, INC., BENNIE FESMIRE, DIANE TUCKER, HAROLD WALDEN BLANKENSHIP, DEAN BLANKENSHIP, FRANKIE STANFILL, KEVIN CARTER, The law firm of MILAM CARTER & STANFILL, REGINA MILLER, TODD HENDERSON, WILLIAM WILHITE, DAVID RIDDICK, The law firm of HOLMES, RICH, SIGLER & RIDDICK, DON WEBSTER, JIMMY BARBOUR, WALDON GWINN, JAMES PUTNAM, TIM PILKINGTON, JAMES E. SMITH, M.V. WILLIAMS, JR., INVESTMENT MANAGEMENT FINANCE, INC., and JOHN DOES I, II, III, and IV, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| HAROLD WALDEN BLANKENSHIP, | ) ) |
| Defendant/Third Party Plaintiff, | ) ) |
| vs. | ) ) |
| JOHN MELTON, HOWARD DOUGLASS, AMERICAN HOME FINANCIAL SERVICES, INC., AMERICAN HOME FINANCIAL SERVICES II, INC., BLANKENSHIP/ MELTON AVAITION, INC., LARRY STEVE MELTON, LARRY S. MELTON, R & J OF TENNESSEE, INC., BANK OF LEXINGTON, BRANCH OF FRIENDSHIP, | ) ) ) ) ) ) ) |
| Third Party Defendants. | ) ) |
| LARRY S. MELTON, | ) ) |
| Plaintiff/Third Party Defendant/ Third Party Plaintiff, | ) ) ) |

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7|8|05



|   |   |
|---|---|
| vs. | ) |
|   | ) |
| BRADLEY KIRK, CARTER, STANFILL & KIRK, PLLC, | ) |
| DANIEL PERKY, SHIRLEY BLANKENSHIP, KELLY W. | ) |
| BLANKENSHIP, BLANKENSHIP CONSTRUCTION, LLC, | ) |
| BLANKENSHIP/MELTON REAL ESTATE, INC., BETH | ) |
| MALOAN, JENNIFER AZBILL, JACK HOLMES, PAUL | ) |
| PRIDDY, MICKEY GRANGER, DENNIS HUBBARD, | ) |
| K.C. ARNETT, RICHARD McCORMICK, BLANKENSHIP | ) |
| BROTHERS' CONSTRUCTION COMPANY, CITY OF | ) |
| LEXINGTON, KEVIN CARTER, FRANKIE STANFILL, | ) |
| HAROLD WALDEN BLANKENSHIP, DEAN | ) |
| BLANKENSHIP, REGINA MILLER, WILLIAM WILHITE, | ) |
| DAVID RIDDICK, JIMMY BARBOUR, WALDON GWINN, | ) |
| JAMES PUTNAM, TIM PILKINGTON, JAMES E. SMITH, | ) |
| M.V. WILLIAMS, JR., BANK OF LEXINGTON, Branch of | ) |
| BANK OF FRIENDSHIP, B & H INVESTMENTS, INC., | ) |
| BENNIE FESMIRE, DIANE TUCKER, and JOHN DOE I, | ) |
|   | ) |
| Third Party Defendants. | ) |

## ORDER DISMISSING THE COUNTER CLAIMS/CROSS-CLAIMS OF LARRY S. MELTON AS TO DEFENDANT, BANK OF LEXINGTON, BRANCH OF THE BANK OF FRIENDSHIP

This matter came before this Court, upon Plaintiff/Third-Party Defendant/Third-Party Plaintiff Larry S. Melton's counterclaims and cross-claims against Defendants and Third-Party Defendant, Bank of Lexington, Branch of Bank of Friendship, and the responses of said Defendant and Third-Party Defendant to Plaintiff/Third-Party Plaintiff's counterclaims and cross-claims.

Federal Rule of Civil Procedure 14 governs third-party practice. Rule 14(a) allows for a defending party, as a third-party plaintiff to bring in "a person not a party to the action who is or may be liable to the third-party plaintiff for all or part of the plaintiff's claim against the third-party plaintiff." Fed. R. Civ. P. 14(a). Rule14(b) further allows a plaintiff, upon a counterclaim being asserted against him, to bring in a

third-party "under circumstances which under this rule would entitle a defendant to do so." Fed. R. Civ. P. 14(b). The Court finds that Larry S. Melton's further counterclaims and cross-claims were asserted against individuals and entities who are the original Defendants in this case and thus, who are already parties to this lawsuit. Rule 14(a) therefore does not allow for third-party claims to be brought against these individuals and entities. Because the Defendants would not be allowed to bring third-party claims against these persons, the Plaintiff/Counter-Defendant also is not allowed to bring such additional claims under Rule 14(b).

Federal Rule of Civil Procedure 15 governs amendments to pleadings and allows for such under a strict time table:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served, or if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served.

Fed. R. Civ. P. 15(a). A party may otherwise amend his pleading only by leave of court or by written consent of the adverse party. Id. Local Rule of Court for the Western District of Tennessee 7.2 further prescribes certain conditions for filing motions in this Court, including the requirement of a certificate that the movant has consulted with counsel and that the parties are either able or unable to reach agreement as to the issues or the action requested by the motion. L.R. 7.2(a)(1)(B). The Court finds that Plaintiff/Counter-Defendant Larry S. Melton, in filing his further counterclaims and cross-claims against the original Defendants, has not met the requirements of either Rule 15 or the Local Rules of this Court.

It is therefore ORDERED that Plaintiff Larry S. Melton's further counterclaims and cross-claims against the Defendant Bank of Lexington, Branch of the Bank of Friendship are dismissed.

IT IS SO ORDERED this _15th_ day of _July_, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

HARRIS, SHELTON, HANOVER, WALSH, PLLC

By: _____
JAMES L. KIRBY          #4708
JEFFREY L. GRIFFIN      #20760
Attorney for Defendant Bank of Friendship
2700 One Commerce Square
Memphis, TN 38103
(901) 525-1455

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon counsel for each of the parties by mailing postage prepaid or by delivery to the person or office of such counsel.

Mr. Larry S. Melton, *Pro Se*
116 Hidden Valley Cove
Lexington, TN 38351

Mr. Williams S. Walton
Miller & Martin
1200 Once Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2433

Mr. Tim Edwards
Ms. Lacey Adair
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, TN 38103

Mr. Richard Glassman
Mr. R. Douglass Hanson
Glassman, Edwards, Wade & Wyatt
26 North Second Street
Memphis, TN 38103

Mr. L. Lee Harrell
Harrell & Harrell
110 Northwest Court Square
Trenton, TN 38382

Mr. Jerry E. Mitchell
Mr. Craig C. Conley
One Commerce Square, Suite 2900
Memphis, TN 38103

Mr. Daniel D. Warlick
Warlick Law Office
611 Commerce Street, Suite 2712
Nashville, TN 37203

Mr. Bradley G. Kirk
Carter, Stanfill & Kirk
25 Natchez Trace Drive
Lexington, TN 38351

This the 6th day of July, 2005.

_____
Jeffrey L. Griffin

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 625 in case 1:02-CV-01152 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Larry S. Melton
116 Hidden Valley Cove
Lexington, TN 38351

William S Walton
MILLER & MARTIN
1200 One Nashville Place
150 Fourth Ave. North
Nashville, TN 37219--243

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John T. Downing
Federal Deposit Ins. Corp.
550 17th Street NW
Washington, DC 20429

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Beth Maloan
83 Bonaire Circle
Jackson, TN 38305

John D. Stevens  
RAINEY KIZER REVIERE & BELL  
209 East Main Street  
P. O. Box 1147  
Jackson, TN 38302--114  

Jerry E. Mitchell  
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL  
40 S. Main St.  
Ste. 2900  
Memphis, TN 38103--552  

William F. Burns  
WATSON BURNS, LLC  
One Commerce Square  
Ste. 2600  
Memphis, TN 38103  

Robert A. Cox  
GLASSMAN EDWARDS WADE & WYATT, P.C.  
26 N. Second Street  
Memphis, TN 38103  

Honorable J. Breen  
US DISTRICT COURT