UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

LARRY STEVE MELTON, LARRY S.
MELTON and R & J OF TENNESSEE, INC.

      Plaintiffs,

vs.                                                                    No.: 1-02-1152

BANK OF LEXINGTON a branch of the BANK
OF FRIENDSHIP, TERESA HARRIS, B & H
INVESTMENTS, INC., BENNIE FESMIRE,
DIANE TUCKER, HAROLD WALDEN
BLANKENSHIP, DEAN BLANKENSHIP,
FRANKIE STANFILL, KEVIN CARTER,
The law firm of MILAM, CARTER & STANFILL,
REGINA MILLER, TODD HENDERSON,
WILLIAM WILHITE, DAVID RIDDICK,
The law firm of HOLMES, RICH, SIGLER,
& RIDDICK, DON WEBSTER, JIMMY
BARBOUR, WALDON GWINN, JAMES
PUTMAN, TIM PILKINGTON, JAMES E.
SMITH, M.V. WILLIAMS, JR., INVESTMENT
MANAGEMENT FINANCE, INC. and JOHN
DOE I, II, III, and IV

      Defendants.

**ORDER GRANTING DEFENDANTS', BRADLEY KIRK AND CARTER,
STANFILL & KIRK, PLLC, MOTION TO DISMISS THE
COUNTERCLAIMS/CROSS-CLAIMS COMPLAINT OF LARRY S. MELTON**

This cause came to be heard upon the motion of the Defendants, Bradley Kirk and

Carter, Stanfill & Kirk, PLLC, (hereinafter referred to as "Kirk Defendants"), for an

Order dismissing the Counterclaims/Cross-Claims Complaint filed by Larry S. Melton

against them for his failure to abide by Rule 15(d) of the Federal Rules of Civil Procedure. It appears to this Court that the Kirk Defendants' motion is well taken, and, therefore, said motion shall be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Kirk Defendants' Motion to Dismiss the Counterclaims/Cross-Claims Complaint of Larry S. Melton is well taken, and, therefore, said motion shall be granted. Further, this Court finds that said Order shall be final pursuant to and in accordance with Rule 54 of the Federal Rules of Civil Procedure, and that there is no just reason for delay of an entry upon final judgment as to Defendants.

_____
UNITED STATES DISTRICT JUDGE

_____
DATE  July 15, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 626 in case 1:02-CV-01152 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Jerry E. Mitchell
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38103

Larry S. Melton
116 Hidden Valley Cove
Lexington, TN 38351

John T. Downing
Federal Deposit Ins. Corp.
550 17th Street NW
Washington, DC 20429

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

William S Walton
MILLER & MARTIN
1200 One Nashville Place
150 Fourth Ave. North
Nashville, TN 37219--243

John D. Stevens
RAINEY KIZER REVIERE & BELL
209 East Main Street
P. O. Box 1147
Jackson, TN 38302--114

Beth Maloan
83 Bonaire Circle
Jackson, TN 38305

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT