IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUL 22 PM 2:37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| LARRY STEVE MELTON, et al., ) | |
| Plaintiffs, ) | |
| vs. ) | Civ. No. 02-1152-B/P |
| BANK OF LEXINGTON, et al., ) | |
| Defendants. ) | |

ORDER GRANTING FEDERAL DEPOSIT INSURANCE CORPORATION'S (FDIC)
MOTION FOR LEAVE TO FILE REPLY

Before the court is defendant FDIC's Unopposed Motion for Leave to File Reply, filed July 11, 2005 (dkt #620). On July 12, 2005, plaintiff Larry Melton filed a response in opposition. For good cause shown, defendant's motion to file reply is GRANTED. Defendant FDIC shall have up to and including July 29, 2005, to file its reply.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

July 22, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-25-05

630



# Notice of Distribution

This notice confirms a copy of the document docketed as number 630 in case 1:02-CV-01152 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Beth Maloan
83 Bonaire Circle
Jackson, TN 38305

John T. Downing
Federal Deposit Ins. Corp.
550 17th Street NW
Washington, DC 20429

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

John D. Stevens
RAINEY KIZER REVIERE & BELL
209 East Main Street
P. O. Box 1147
Jackson, TN 38302--114

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38103

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

William S Walton
MILLER & MARTIN
1200 One Nashville Place
150 Fourth Ave. North
Nashville, TN 37219--243

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jerry E. Mitchell
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Larry S. Melton
116 Hidden Valley Cove
Lexington, TN 38351

Honorable J. Breen
US DISTRICT COURT