IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 PM 5:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

LARRY STEVE MELTON, et al., )
)
Plaintiffs, )
)
vs. )  Civ. No. 02-1152-B/P
)
BANK OF LEXINGTON, et al., )
)
Defendants. )
)

ORDER DENYING PLAINTIFF MELTON'S MOTION FOR THE REGIONAL DIRECTOR OF THE FEDERAL DEPOSIT INSURANCE CORPORATION TO SHOW CAUSE AND ALTERNATIVE MOTION TO COMPEL THE BANK OF LEXINGTON TO PRODUCE BANK EXAMINES

Before the court is plaintiff Larry S. Melton's Motion for the Regional Director of the Federal Deposit Insurance Corporation to Show Cause and Alternative Motion to Compel the Bank of Lexington to Produce Bank Examines, filed July 20, 2005 (dkt #627). On August 25, 2005, the court held a hearing on the motion. Counsel for all interested parties, including counsel for the FDIC, were present and heard. For reasons stated in open court, the motion is DENIED.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

August 29, 2005
Date

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 8-30-05

646

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 646 in case 1:02-CV-01152 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

John T. Downing
Federal Deposit Ins. Corp.
550 17th Street NW
Washington, DC 20429

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William F. Burns
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

John D. Stevens
RAINEY KIZER REVIERE & BELL
209 East Main Street
P. O. Box 1147
Jackson, TN 38302--114

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Larry S. Melton
116 Hidden Valley Cove
Lexington, TN 38351

Beth Maloan
83 Bonaire Circle
Jackson, TN 38305

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

Jerry E. Mitchell
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

William S Walton
MILLER & MARTIN
1200 One Nashville Place
150 Fourth Ave. North
Nashville, TN 37219--243

Honorable J. Breen
US DISTRICT COURT