IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

LARRY STEVE MELTON,
LARRY S. MELTON and
R & J OF TENNESSEE, INC.,

  Plaintiffs,

v.             No. 02-1152 B

BANK OF LEXINGTON, a branch of the
BANK OF FRIENDSHIP, et al.,

  Defendants.
_____

ORDER REMOVING DOCUMENT NO. 765 FROM STATUS AS A PENDING MOTION
_____

  Designated as a pending motion on the Court's docket in this matter is Document No. 765. Although docketed as a motion for joinder, the document is in fact a response by certain Defendants in which they joined in the response of Defendants David A. Riddick and Holmes, Rich & Sigler to Plaintiff Larry S. Melton's motion for amendment of the scheduling order. As the motion for amendment has been disposed of by the Court, any request submitted by virtue of Document No. 765 is now moot. Accordingly, the Clerk is hereby DIRECTED to remove it from its current status as a pending motion.

  IT IS SO ORDERED this 29th day of March, 2007.

              s/ J. DANIEL BREEN
              UNITED STATES DISTRICT JUDGE